■ In the Matter of MICHAEL P. THOMAS, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents. [27 NYS3d 376]—

Judgment, Supreme Court, New York County (Cynthia S. Kern, J.), entered December 9, 2014, denying the petition to direct respondents to disclose certain records pursuant to the Freedom of Information Law, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner seeks disclosure of materials pertaining to the investigation of his allegations that certain students improperly received mathematics credits or diplomas in violation of Department of Education (DOE) policies. As Supreme Court determined, DOE acted properly in finding that the intra-agency documents at issue were exempt from disclosure pursuant to Public Officers Law § 87 (2) (g), since the documents constituted, among other things, pre-decisional materials prepared to assist DOE in making its final decision (see e.g. *Matter of McAulay v Board of Educ. of City of N.Y.*, 61 AD2d 1048 [2d Dept 1978], *affd* 48 NY2d 659 [1979]). Concur—Mazzarelli, J.P., Renwick, Moskowitz, Kapnick and Kahn, JJ.